# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                              §
                                    §
LORD, KRISTIE ANN                   §        Case No. 14-39894
                                    §
           Debtor(s)                §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

  5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

  6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7. The Trustee's proposed distribution is attached as **Exhibit D**.

  8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____ .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $ _____ as interim compensation and now requests a sum of $ _____ , for a total compensation of $ _____ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ ___ , and now requests reimbursement for expenses of $ ___ , for total expenses of $ _____ [2].

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/ANDREW J. MAXWELL, TRUSTEE_____
            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 14-39894 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | LORD, KRISTIE ANN | Date Filed (f) or Converted (c): | 10/31/14 (f) |
| | | 341(a) Meeting Date: | 12/16/14 |
| For Period Ending: | 05/27/15 | Claims Bar Date: | 04/23/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 7929 W. 39th St. Lyons IL | 140,000.00 | 0.00 | | 0.00 | FA |
| 2. First American Bank Checking | 0.00 | 0.00 | | 0.00 | FA |
| 3. Household goods and furnishings | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 4. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 5. Continental Cas Term life insurance 100,000 face v | 0.00 | 0.00 | | 0.00 | FA |
| 6. 401k/IRA | 100,000.00 | 0.00 | | 0.00 | FA |
| 7. Sysco | 1,000.00 | 500.00 | | 500.00 | FA |
| 8. 2009 Ford Edge 4D Utility Limited 74,587 miles | 13,000.00 | 7,100.00 | | 6,000.00 | FA |
| 9. 1 Cat, 3 dogs | 0.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $255,500.00 | $8,600.00 | | $6,500.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9019 SETTLEMENT of personal property (car and stock) up approval on 4/29/2015

Initial Projected Date of Final Report (TFR): 12/31/15    Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| | |
|---|---|
| Case No: | 14-39894 -ABG |
| Case Name: | LORD, KRISTIE ANN |
| Taxpayer ID No: | *******3801 |
| For Period Ending: | 05/27/15 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2755 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/07/15 | 7, 8 | FIRST AMERICAN BANK 700 BUSSE RD ELK GROVE VILLAGE IL 60007 | FUNDS RECEIVED | 1110-000 | 6,500.00 | | 6,500.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 6,500.00 | 0.00 | 6,500.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 6,500.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 6,500.00 | 0.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********2755) | 6,500.00 | 0.00 | 6,500.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 6,500.00 | 0.00 | 6,500.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        6,500.00        0.00

| Page 1 | | EXHIBIT C  ANALYSIS OF CLAIMS REGISTER | | | | Date: May 27, 2015 |

Case Number: 14-39894  
Debtor Name: LORD, KRISTIE ANN

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 002  6210-00 | MAXWELL LAW GROUP, LLC  105 WEST ADAMS  SUITE 3200  CHICAGO, IL 60603 | Administrative | | $2,329.24 | $0.00 | $2,329.24 |
| 001  2100-00 | ANDREW J. MAXWELL, TRUSTEE  105 W. ADAMS  SUITE 3200  CHICAGO, IL 60603 | Administrative | | $1,400.00 | $0.00 | $1,400.00 |
| 000003A  052  5200-00 | Internal Revenue Service  Kansas City, MO 64999-0030 | Priority | | $1,135.21 | $0.00 | $1,135.21 |
| 000001  070  7100-00 | Discover Bank  Discover Products Inc  PO Box 3025  New Albany, OH 43054-3025 | Unsecured | | $6,590.49 | $0.00 | $6,590.49 |
| 000002  070  7100-00 | Capital One Bank (USA), N.A.  PO Box 71083  Charlotte, NC 28272-1083 | Unsecured | | $1,635.11 | $0.00 | $1,635.11 |
| 000003B  070  7100-00 | INTERNAL REVENUE SERVICE  P.O. Box 7317  Philadelphia, PA 19101-7317 | Unsecured | | $85.75 | $0.00 | $85.75 |
| 000004  070  7100-00 | Capital One, N.A.  c o Becket and Lee LLP  POB 3001  Malvern, PA 19355-0701 | Unsecured | | $321.07 | $0.00 | $321.07 |
| | Case Totals: | | | $13,496.87 | $0.00 | $13,496.87 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-39894
Case Name: LORD, KRISTIE ANN
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ | $ | $ |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses   $_____

Remaining Balance   $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003A | Internal Revenue Service | $ | $ | $ |

    Total to be paid to priority creditors      $_____

    Remaining Balance      $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000004 | Capital One, N.A. | $ | $ | $ |
| 000003B | INTERNAL REVENUE SERVICE | $ | $ | $ |

    Total to be paid to timely general unsecured creditors      $_____

    Remaining Balance      $_____

    Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE