# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
  §
LORD, KRISTIE ANN § Case No. 14-39894
  §
_____Debtor(s)_____ §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        CLERK OF THE U.S. BANKR. CT
        219 S. DEARBORN STREET
        7TH FLOOR
        CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 06/24/2015 in Courtroom 642,
        United States Courthouse
        219 S. Dearborn Street
        Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/29/2015          By: /s/ Andrew J. Maxwell
                                                                                          Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
LORD, KRISTIE ANN § Case No. 14-39894
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 6,500.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 6,500.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 1,400.00 | $ 0.00 | $ 1,400.00 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 2,290.00 | $ 0.00 | $ 2,290.00 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 39.24 | $ 0.00 | $ 39.24 |
| Total to be paid for chapter 7 administrative expenses | | $ | 3,729.24 |
| Remaining Balance | | $ | 2,770.76 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 1,135.21  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003A | Internal Revenue Service | $ 1,135.21 | $ 0.00 | $ 1,135.21 |
| | Total to be paid to priority creditors | | $ | 1,135.21 |
| | Remaining Balance | | $ | 1,635.55 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,632.42  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  19.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 6,590.49 | $ 0.00 | $ 1,248.67 |
| 000002 | Capital One Bank (USA), N.A. | $ 1,635.11 | $ 0.00 | $ 309.80 |
| 000004 | Capital One, N.A. | $ 321.07 | $ 0.00 | $ 60.83 |
| 000003B | INTERNAL REVENUE SERVICE | $ 85.75 | $ 0.00 | $ 16.25 |
| | Total to be paid to timely general unsecured creditors | | $ | 1,635.55 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                        United States Bankruptcy Court
                        Northern District of Illinois

In re:                                                      Case No. 14-39894-ABG
Kristie Ann Lord                                            Chapter 7
        Debtor
                           CERTIFICATE OF NOTICE
District/off: 0752-1         User: arodarte              Page 1 of 2              Date Rcvd: May 29, 2015
                             Form ID: pdf006             Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2015.
db             +Kristie Ann Lord,    2359 Downing,    Westchester, IL 60154-5148
aty            +Maxwell Law Group LLC,    105 West Adams Suite 3200,    Chicago, IL 60603-6209
22593781      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:  Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20363,
                 Kansas City, MO 64195)
22593772       +Cap1/berpl,    90 Christiana Rd,    New Castle, DE 19720-3118
22593773       +Cap1/carsn,    Po Box 30253,    Salt Lake City, UT 84130-0253
22593774       +Cap1/ofmax,    Po Box 30253,    Salt Lake City, UT 84130-0253
22593775       +Capital 1 Bank,    Attn: General Correspondence,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
22925017        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
22999466        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
22593776       +Cb/carson,    Po Box 182789,    Columbus, OH 43218-2789
22593777       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
22593779       +Chase Manhattan Mortgage,    Attn: Bankruptcy Dept,    3415 Vision Dr,    Columbus, OH 43219-6009
22593785       +Pnc Bank, N.a.,    Po Box 3180,    Pittsburgh, PA 15230-3180
22593786       +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
22593787      ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
               (address filed with court:  Von Maur,    Attn: Credit Dept,    6565 Brady St.,
                 Davenport, IA 52806)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22850457       E-mail/PDF: mrdiscen@discover.com May 30 2015 01:29:18      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
22593782      +E-mail/PDF: mrdiscen@discover.com May 30 2015 01:29:18      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
22593783       E-mail/Text: cio.bncmail@irs.gov May 30 2015 01:27:01      Internal Revenue Service,
                 Kansas City, MO 64999-0030
22593784      +E-mail/Text: bnckohlsnotices@becket-lee.com May 30 2015 01:26:54       Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22593778*      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
22593780*      +Chase Manhattan Mortgage,    Attn: Bankruptcy Dept,    3415 Vision Dr,    Columbus, OH 43219-6009
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2015 at the address(es) listed below:
              Andrew J Maxwell    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
               trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwe
               llandpotts.com;vbarad@maxwellandpotts.com
              Andrew J Maxwell, ESQ    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
               amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
               ustee@hotmail.com
              Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com,
               amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
               ustee@hotmail.com
              Christopher M Brown    on behalf of Creditor    JPMorgan Chase Bank, National Association
               northerndistrict@atty-pierce.com, cbrown@atty-pierce.com
              Jennifer A Blanc    on behalf of Debtor Kristie Ann Lord blanclaw@sbcglobal.net
```

```
District/off: 0752-1          User: arodarte             Page 2 of 2            Date Rcvd: May 29, 2015
                              Form ID: pdf006            Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                                                                     TOTAL: 6