# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

In re:                                            §
                                                  §
LORD, KRISTIE ANN                                 §       Case No. 14-39894
                                                  §
                 Debtor(s)                        §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 126,000.00 *(Without deducting any secured claims)* | Assets Exempt: 121,900.00 |
| Total Distributions to Claimants: 2,770.76 | Claims Discharged Without Payment: 55,560.87 |
| Total Expenses of Administration: 3,729.24 | |

3) Total gross receipts of $ 6,500.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 6,500.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 220,326.76 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,729.24 | 3,729.24 | 3,729.24 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,000.00 | 1,135.21 | 1,135.21 | 1,135.21 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 45,564.00 | 8,632.42 | 8,632.42 | 1,635.55 |
| **TOTAL DISBURSEMENTS** | $ 266,890.76 | $ 13,496.87 | $ 13,496.87 | $ 6,500.00 |

4)  This case was originally filed under chapter 7 on  10/31/2014 .  The case was pending for 11 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/23/2015                              By:/s/ANDREW J. MAXWELL, TRUSTEE
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Sysco | 1110-000 | 500.00 |
| 2009 Ford Edge 4D Utility Limited 74,587 miles | 1110-000 | 6,000.00 |
| TOTAL GROSS RECEIPTS | | $ 6,500.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Manhattan Mortgage Attn: Bankruptcy Dept 3415 Vision Dr Columbus, OH 43219 | | 188,257.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Manhattan Mortgage Attn: Bankruptcy Dept 3415 Vision Dr Columbus, OH 43219 | | 32,069.76 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 220,326.76 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL, TRUSTEE | 2100-000 | NA | 1,400.00 | 1,400.00 | 1,400.00 |
| MAXWELL LAW GROUP, LLC | 3110-000 | NA | 2,290.00 | 2,290.00 | 2,290.00 |
| MAXWELL LAW GROUP, LLC | 3120-000 | NA | 39.24 | 39.24 | 39.24 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,729.24 | $ 3,729.24 | $ 3,729.24 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Kansas City, MO 64999-0030 | | 1,000.00 | NA | NA | 0.00 |
| 000003A | INTERNAL REVENUE SERVICE | 5200-000 | NA | 1,135.21 | 1,135.21 | 1,135.21 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 1,000.00 | $ 1,135.21 | $ 1,135.21 | $ 1,135.21 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cap1/berpl 90 Christiana Rd New Castle, DE 19720 | | 0.00 | NA | NA | 0.00 |
| | Cap1/carsn Po Box 30253 Salt Lake City, UT 84130 | | 0.00 | NA | NA | 0.00 |
| | Cap1/ofmax Po Box 30253 Salt Lake City, UT 84130 | | 0.00 | NA | NA | 0.00 |
| | Capital 1 Bank Attn: General Correspondence Po Box 30285 Salt Lake City, UT 84130 | | 2,010.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cb/carson Po Box 182789 Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 2,525.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | 34,371.00 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 6,607.00 | NA | NA | 0.00 |
| | Kohls/capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 51.00 | NA | NA | 0.00 |
| | Pnc Bank, N.a. Po Box 3180 Pittsburgh, PA 15230 | | 0.00 | NA | NA | 0.00 |
| | Sears/cbna Po Box 6282 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Von Maur Attn: Credit Dept 6565 Brady St. Davenport, IA 52806 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 1,635.11 | 1,635.11 | 309.80 |
| 000004 | CAPITAL ONE, N.A. | 7100-000 | NA | 321.07 | 321.07 | 60.83 |
| 000001 | DISCOVER BANK | 7100-000 | NA | 6,590.49 | 6,590.49 | 1,248.67 |
| 000003B | INTERNAL REVENUE SERVICE | 7100-000 | NA | 85.75 | 85.75 | 16.25 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 45,564.00 | $ 8,632.42 | $ 8,632.42 | $ 1,635.55 |

**FORM 1**

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

### ASSET CASES

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 14-39894    ABG   Judge: A. BENJAMIN GOLDGAR | |
| Case Name: | LORD, KRISTIE ANN | |
| For Period Ending: | 09/23/15 | |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Date Filed (f) or Converted (c): | 10/31/14 (f) |
| 341(a) Meeting Date: | 12/16/14 |
| Claims Bar Date: | 04/23/15 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 7929 W. 39th St. Lyons IL | | 140,000.00 | 0.00 | | 0.00 | FA |
| 2. First American Bank Checking | | 0.00 | 0.00 | | 0.00 | FA |
| 3. Household goods and furnishings | | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 4. Clothing | | 500.00 | 0.00 | | 0.00 | FA |
| 5. Continental Cas Term life insurance 100,000 face v | | 0.00 | 0.00 | | 0.00 | FA |
| 6. 401k/IRA | | 100,000.00 | 0.00 | | 0.00 | FA |
| 7. Sysco | | 1,000.00 | 500.00 | | 500.00 | FA |
| 8. 2009 Ford Edge 4D Utility Limited 74,587 miles | | 13,000.00 | 7,100.00 | | 6,000.00 | FA |
| 9. 1 Cat, 3 dogs | | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $255,500.00 | $8,600.00 | | $6,500.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9019 SETTLEMENT of personal property (car and stock) up approval on 4/29/2015

TFR FILED ON 5-28-2015

COURT DATE 6-24-2015

Initial Projected Date of Final Report (TFR): 12/31/15        Current Projected Date of Final Report (TFR): 12/31/15

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

FORM 2                                                                 Exhibit 9

| | |
|---|---|
| Case No: | 14-39894 -ABG |
| Case Name: | LORD, KRISTIE ANN |
| Taxpayer ID No: | *******3801 |
| For Period Ending: | 09/23/15 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2755  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/07/15 | 7, 8 | FIRST AMERICAN BANK<br>700 BUSSE RD<br>ELK GROVE VILLAGE IL 60007 | FUNDS RECEIVED | 1110-000 | 6,500.00 | | 6,500.00 |
| * 06/26/15 | 010001 | ANDREW J. MAXWELL, TRUSTEE<br>105 W. ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Trustee Compensation | 2100-003 | | 1,400.00 | 5,100.00 |
| * 06/26/15 | 010001 | ANDREW J. MAXWELL, TRUSTEE<br>105 W. ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Trustee Compensation<br>Error-voided | 2100-003 | | -1,400.00 | 6,500.00 |
| * 06/26/15 | 010002 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Attorney for TR. Fees + Expenses<br>c/o 6/24/2015 | | | 2,329.24 | 4,170.76 |
| | | | Fees             2,290.00 | 3110-003 | | | |
| | | | Expenses           39.24 | 3120-003 | | | |
| * 06/26/15 | 010002 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Attorney for TR. Fees + Expenses<br>Error-voided | | | -2,329.24 | 6,500.00 |
| | | | Fees          (    2,290.00 ) | 3110-003 | | | |
| | | | Expenses      (       39.24 ) | 3120-003 | | | |
| * 06/26/15 | 010003 | Internal Revenue Service<br>Kansas City, MO 64999-0030 | Claim 3A, Final Payment<br>c/o 6/24/2015 | 5200-003 | | 1,135.21 | 5,364.79 |
| * 06/26/15 | 010003 | Internal Revenue Service<br>Kansas City, MO 64999-0030 | Claim 3A, Final Payment<br>Error-voided | 5200-003 | | -1,135.21 | 6,500.00 |
| * 06/26/15 | 010004 | Discover Bank | Claim 1, Final Payment | 7100-003 | | 1,248.67 | 5,251.33 |
| | | | Page Subtotals | | 6,500.00 | 1,248.67 | |

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-39894  -ABG | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | LORD, KRISTIE ANN | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2755  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3801 | | |
| For Period Ending: | 09/23/15 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Discover Products Inc | c/o 6/24/2015 | | | | |
| | | PO Box 3025 | | | | | |
| | | New Albany, OH 43054-3025 | | | | | |
| *   06/26/15 | 010004 | Discover Bank | Claim 1, Final Payment | 7100-003 | | -1,248.67 | 6,500.00 |
| | | Discover Products Inc | Error-voided | | | | |
| | | PO Box 3025 | | | | | |
| | | New Albany, OH 43054-3025 | | | | | |
| *   06/26/15 | 010005 | Capital One Bank (USA), N.A. | Claim 2, Final Payment | 7100-003 | | 309.80 | 6,190.20 |
| | | PO Box 71083 | c/o 6/24/2015 | | | | |
| | | Charlotte, NC 28272-1083 | | | | | |
| *   06/26/15 | 010005 | Capital One Bank (USA), N.A. | Claim 2, Final Payment | 7100-003 | | -309.80 | 6,500.00 |
| | | PO Box 71083 | Error-voided | | | | |
| | | Charlotte, NC 28272-1083 | | | | | |
| *   06/26/15 | 010006 | INTERNAL REVENUE SERVICE | Claim 3B, Final Payment | 7100-003 | | 16.25 | 6,483.75 |
| | | P.O. Box 7317 | c/o 6/24/2015 | | | | |
| | | Philadelphia, PA 19101-7317 | | | | | |
| *   06/26/15 | 010006 | INTERNAL REVENUE SERVICE | Claim 3B, Final Payment | 7100-003 | | -16.25 | 6,500.00 |
| | | P.O. Box 7317 | Error-voided | | | | |
| | | Philadelphia, PA 19101-7317 | | | | | |
| *   06/26/15 | 010007 | Capital One, N.A. | Claim 4, Final Payment | 7100-003 | | 60.83 | 6,439.17 |
| | | c o Becket and Lee LLP | c/o 6/24/2015 | | | | |
| | | POB 3001 | | | | | |
| | | Malvern, PA 19355-0701 | | | | | |
| *   06/26/15 | 010007 | Capital One, N.A. | Claim 4, Final Payment | 7100-003 | | -60.83 | 6,500.00 |
| | | c o Becket and Lee LLP | Error-voided | | | | |
| | | POB 3001 | | | | | |
| | | Malvern, PA 19355-0701 | | | | | |
| 07/31/15 | 010008 | ANDREW J. MAXWELL, TRUSTEE | Trustee Compensation | 2100-000 | | 1,400.00 | 5,100.00 |
| | | 105 W. ADAMS | | | | | |
| | | SUITE 3200 | | | | | |

Page Subtotals      0.00      151.33

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2                                                                                          Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 14-39894  -ABG |
| Case Name: | LORD, KRISTIE ANN |

| | |
|---|---|
| Taxpayer ID No: | *******3801 |
| For Period Ending: | 09/23/15 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2755  Checking Account (Non-Interest Earn |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/15 | 010009 | CHICAGO, IL 60603<br>MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Attorney for TR. Fees + Expenses<br>c/o 7/29/2015 | | | | 2,329.24 | 2,770.76 |
| | | | Fees | 2,290.00 | 3110-000 | | | |
| | | | Expenses | 39.24 | 3120-000 | | | |
| 07/31/15 | 010010 | Internal Revenue Service<br>Kansas City, MO 64999-0030 | Claim 3A, Final Payment<br>c/o 7/29/2015 | | 5200-000 | | 1,135.21 | 1,635.55 |
| 07/31/15 | 010011 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 1, Final Payment<br>c/o 7/29/2015 | | 7100-000 | | 1,248.67 | 386.88 |
| 07/31/15 | 010012 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 2, Final Payment<br>c/o 7/29/2015 | | 7100-000 | | 309.80 | 77.08 |
| 07/31/15 | 010013 | INTERNAL REVENUE SERVICE<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Claim 3B, Final Payment<br>c/o 7/29/2015 | | 7100-000 | | 16.25 | 60.83 |
| 07/31/15 | 010014 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 4, Final Payment<br>c/o 7/29/2015 | | 7100-000 | | 60.83 | 0.00 |

|  |  |  |
|---|---|---|
| Page Subtotals | 0.00 | 5,100.00 |

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2                                                                                                    Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                       Exhibit 9

| | | | |
|---|---|---|---|
| Case No: | 14-39894  -ABG | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | LORD, KRISTIE ANN | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2755  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3801 | | |
| For Period Ending: | 09/23/15 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 6,500.00 | 6,500.00 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 6,500.00 | 6,500.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 6,500.00 | 6,500.00 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******2755 | 6,500.00 | 6,500.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 6,500.00 | 6,500.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                      0.00                 0.00

Ver: 18.05